UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ARNELL PALMER,<br>   Plaintiff,<br>  v.<br>SANTA CRUZ SHERIFF'S DEPARTMENT, et al.,<br>   Defendants. | Case No. 19-cv-04629-EMC<br><br>**ORDER OF DISMISSAL** |

On January 17, 2020, the Court determined that the *pro se* prisoner's civil rights complaint in this action failed to state a claim upon which relief may be granted, granted plaintiff leave to file an amended complaint no later than February 24, 2020, and cautioned him that failure to file an amended complaint by the deadline would result in the dismissal of this action. Docket No. 10. Plaintiff did not file an amended complaint, and the deadline by which to do so has passed. For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: March 11, 2020

                 _____
                 EDWARD M. CHEN
                 United States District Judge